**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



C. Kathryn Preston
United States Bankruptcy Judge

**Dated: June 14, 2010**

_____

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 08-51950 |
| MICHELLE GIAMARCO | CHAPTER 13 |
| DEBTOR | JUDGE PRESTON |
| | **ENTRY GRANTING RELIEF UPON AFFIDAVIT OF DEFAULT (Real Property located at: 6315 Lehman Road, Canal Winchester, OH 43110)** |

This cause came to be heard upon the Affidavit submitted by the Movant, U.S. Bank, NA, pursuant to the Agreed Order for Relief from Stay filed November 13, 2009, upon Movant's Motion for Relief from Stay and agreements contained in said Agreed Order. The Court finds the Affidavit establishes that the Debtor has failed to make payments as stated in said Agreed Order filed on November 13, 2009 and therefore Movant is entitled to relief.

IT IS THEREFORE ORDERED, that the automatic stay imposed by Section 362 of the Bankruptcy Code shall be and is hereby lifted for the limited purpose of permitting the Movant to proceed with foreclosure of its mortgage interest in the Debtor's real property described above.

SUBMITTED BY:

LAURITO & LAURITO, L.L.C.

/s/ Erin M. Laurito

_____
Jeffrey V. Laurito (0014652)
Erin M. Laurito (0075531)
Attorneys for Movant
7550 Paragon Road
Dayton, OH 45459
jsummers@lauritolaw.com
937/743-4878

COPIES TO:

Default List

###